In the Matter of BALDWIN UNION FREE SCHOOL DISTRICT et al., Respondents, v COUNTY OF NASSAU, Appellant. (Matter No. 1.)

BARBARA HAFNER et al., Respondents, v COUNTY OF NASSAU et al., Appellants. (Matter No. 2.)

In the Matter of TOWN OF NORTH HEMPSTEAD et al., Respondents, v COUNTY OF NASSAU, Appellant. (Matter No. 3.)

Submitted October 21, 2013; decided November 21, 2013

Motion to dismiss appeal denied.